## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SOUTHERN MARSH COLLECTION, LLC<br><br>Plaintiff,<br><br>v.<br><br>GREAT LAKES, LLC<br><br>Defendant. | Civil Action No. _____ |

### LIST OF EXHIBITS TO NOTICE OF REMOVAL

Great Lakes, LLC ("Great Lakes"), hereby submits the following exhibits to its Notice of Removal (ECF Doc. 1).

**A.** Citation to Great Lakes.

**B.** Petition for Damages.

Dated: March 30, 2023

Respectfully submitted,

*/s/ Shaun P. McFall*

Shaun P. McFall, 37225
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
smcfall@barrassousdin.com

*Attorneys for Defendant Great Lakes, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record by electronic mail this 30th day of March, 2023.

*/s/ Shaun P. McFall*
