**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| SOUTHERN MARSH COLLECTION, LLC § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 23-cv-00252-JWD-RLB |
| v. § § | |
| GREAT LAKES, LLC § § | |
| Defendant. § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Southern Marsh Collection, LLC ("Southern Marsh") hereby moves the Court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). As grounds, Southern Marsh states as follows:

1. Southern Marsh and Defendant Great Lakes, LLC ("Great Lakes") have arrived at a settlement of all claims raised in the above-styled case.

2. Accordingly, Southern Marsh moves to dismiss this action with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(2).

3. Great Lakes has filed an answer but no counterclaims in this action. Great Lakes is not opposed to the relief requested in this motion.

WHEREFORE, Southern Marsh respectfully requests that, for good cause shown, the Court grant this Unopposed Motion to Dismiss with Prejudice and dismiss this action with prejudice, with each party to bear its own costs and fees. A proposed order granting the requested relief is submitted concurrently.

HAYNES AND BOONE, LLP

By: */s/ Jason P. Bloom*
Jason P. Bloom (*pro hac vice*)
jason.bloom@haynesboone.com
State Bar No. 24045511
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

*/s/ Michael J. Lambert*
Michael J. Lambert
michael.lambert@haynesboone.com
State Bar No. 24128020
98 San Jacinto Blvd, Suite 1500
Austin, TX 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

**ATTORNEYS FOR SOUTHERN MARSH, LLC**